

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00312-CV

Maria **VALDEZ**,
Appellant

v.

**STATE FARM LLOYDS** and Kevin O'Haver,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVF003538-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the parties' agreed motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Maria Valdez. *See* TEX. R. APP. P. 42.1(d).

SIGNED August 8, 2018.

_____
Karen Angelini, Justice